### JOHN R. VANCE v. ANN CLARK VANCE WHITE

32 So. (2nd) 606  
November 18, 1947

June Term, 1947  
Division B

*Rush & Pierce, George A. Pierce* and *Victor Blue,* for appellant.

*Knight, Knight, Walrath & Pegues* and *Harry G. Kinkaid,* for appellee.

PER CURIAM:

Affirmed on authority of our opinion and judgment of Vance v. Vance, 143 Fla. 513, 197 So. 128.

So ordered.

THOMAS, C. J., BUFORD, ADAMS and BARNS, JJ., concur.

### MARIO GONZALEZ v. STATE OF FLORIDA

32 So. (2nd) 607  
November 18, 1947

June Term, 1947  
Division B

*A. A. Fernandez,* for appellant.

*J. Tom Watson,* Attorney General, *Reeves Bowen,* Assistant Attorney General, and *Rebecca Bowles Marks,* Special Assistant Attorney General, for appellee.

PER CURIAM:

Appellant was indicted for the crime of murder in the first degree and on trial was convicted of murder in the second degree.

There is nothing disclosed by the record warranting the writing of an opinion.

No reversible error being made to appeal the judgment is affirmed.

THOMAS, C. J., BUFORD, ADAMS and BARNS, JJ., concur.